PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY KEITH CLINTON, | ) | |
| | ) | CASE NO. 4:25–CV–01010 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF Nos. 23, 24, & 25] |
| | ) | |

Pending before the Court are Plaintiff's: (1) motion for summary judgment; (2) motion to remove sovereign citizen status; and (3) motion for order to issue summons. ECF Nos. 23, 24, & 25. All three motions are denied for the reasons herein.

*Pro se* Plaintiff Gregory Keith Clinton filed a civil rights action against the United States on May 16, 2025. ECF No. 1. On August 29, 2025, the Court dismissed the complaint under 28 U.S.C. § 1915(e)(2) and entered judgment for Defendant. ECF Nos. 18 & 19. Copies of the order and entry of judgment were mailed to Plaintiff that same day. *See Clinton v. United States*, No. 4–25–CV–01010 (N.D. Ohio Aug. 29, 2025) (non–document). Plaintiff remains incarcerated at FCI Elton and can receive mail there. *See* Federal Bureau of Prisons, Inmate Locator (last visited Sept. 26, 2025).

After an order of dismissal is entered as a final judgment, a defeated party has three options: (1) appeal; (2) move to alter or amend judgment; or (3) move for relief from final judgment. *See* Fed. R. Civ. P. 59(e) & 60(b); *see* Fed R. App. P. 3. Even read liberally, Plaintiff's post–judgment motions do not demonstrate compliance with these options or

(4:25–CV–01010)

entitlement to relief under the Federal Rules.  See *Walker v. Robey*, No. 22–5401, 2023 WL 5275137, at *1 (6th Cir. June 23, 2023).  Because (a) Plaintiff entered these motions four days after dismissal and entry of judgment; and (b) the motions do not seek post-judgment relief, they are procedurally improper.

 For the foregoing reasons, Plaintiff's: (1) motion for summary judgment; (2) motion to remove sovereign citizen status; and (3) motion for order to issue summons are DENIED as moot.  ECF Nos. 23, 24, & 25.  The clerk shall mail a copy of this Order to Plaintiff at:

> Gregory Keith Clinton
> Register No. 03226–087
> FCI Elkton, P.O. Box 19
> Lisbon, Ohio 44432

alongside additional copies of the dismissal order and entry of judgment.  ECF Nos. 18 & 19.  The Court certifies under 28 U.S.C. § 1915(a)(3) that an appeal from this decision cannot be taken in good faith.

 IT IS SO ORDERED.

| | |
|---|---|
| September 26, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |